UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
SHAINDY SCHAECHTER, on behalf of herself
and all other similarly situated consumers    Civil Action No. 1:18-cv-03237-RRM-PK

                Plaintiff,

      -against-

UNITED COLLECTION BUREAU, INC.,

                Defendant.
---------------------------------------------------------x

## STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, upon their stipulation and agreement to dismiss with prejudice, the individual claims in the above-entitled action; and without prejudice, the class claims in the above-entitled action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: November 14, 2018

| /s/ Maxim Maximov | /s/ Stephen J. Steinlight |
|---|---|
| MAXIM MAXIMOV, LLP | TROUTMAN SANDERS LLP |
| 1701 Avenue P | 875 Third Avenue |
| Brooklyn, New York 11229 | New York, New York 10022 |
| Tel: (718) 395-3459 | Tel: (212) 704-6227 |
| Fax: (718) 408-9570 | Fax: (212) 704-6288 |
| Email: m@maximovlaw.com | Email: stephen.steinlight@troutman.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**SO ORDERED** this 16 day of NOVEMBER, 2018

s/ Roslynn R. Mauskopf
**THE HONORABLE ROSLYNN R. MAUSKOPF
UNITED STATES DISTRICT JUDGE**